UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEY BRUNSMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01012-JPH-MJD |
| | ) |
| FRANCISCAN ALLIANCE, INC. | ) |
| d/b/a FRANCISCAN HEALTH INDIANAPOLIS, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by her complaint and this action is terminated.

**SO ORDERED.**

Date: 1/29/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel